BRODY R. WIGHT, ESQ.
Nevada Bar No. 13615
TROUTMAN, PEPPER, HAMILTON, SANDERS, LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123 *(Nevada Office)*
Tel: (470) 832-5586
Fax: (404) 962-6800
brody.wight@troutman.com

TROUTMAN, PEPPER, HAMILTON, SANDERS, LLP
600 Peachtree St. NE #3000
Atlanta, GA 30308 *(Corporate Office)*

*Attorney for PHH Mortgage Corporation*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NOLA BRADFORD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; PHH MORTGAGE CORPORATION; U.S. BANK N.A., and FIRST OPTION MORTGAGE, LLC,<br><br>　　　　Defendants. | Case No. 2:22-cv-01612-APG-DJA<br><br>**ORDER GRANTING PHH MORTGAGE CORPORATION'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

　　　This matter came before the Court on Defendant PHH Mortgage Corporation's ("PHH") Consent Motion for Extension of Time for Defendant to answer, plead, or otherwise respond to Plaintiff's Complaint (ECF 1).

　　　Having considered Defendant's unopposed motion and being otherwise sufficiently advised; it is hereby

- 2 -

1    **ORDERED** that Defendant's Consent Motion for Extension of Time to Answer or
2    Otherwise Plead is **GRANTED** and Defendant shall file its answer or otherwise respond to
3    Plaintiff's Complaint on or before November 16, 2022, which shall be deemed timely filed.

4    DATED: 10/13/2022

5    _____
     Hon. Daniel J. Albregts
6    United States Magistrate Judge

7    SUBMITTED BY:

8    */s/ Michael Kind with permission*
     Michael Kind, Esq. (NV Bar No. 13903)
9    KIND LAW
     8860 South Maryland Parkway, Ste. 106
10   Las Vegas, NV 89123
     (702) 337-2322
11   (702) 329-5881 (fax)
     Email: mk@kindlaw.com
12

13   George Haines, Esq. (NV Bar No. 9411)
     Gerardo Avalos, Esq. (NV Bar No. 15171)
14   FREEDOM LAW FIRM
     8985 S. Eastern Ave., Ste. 350
15   Las Vegas, NV 89123
     (702) 880-5554
16   (702) 385-5518 (fax)
     Email: ghaines@freedomlegalteam.com
17   Email: gavalos@freedomlegalteam.com

18   *Counsel for Plaintiff Nola Bradford*

19
     */s/ Brody R. Wight*
20   Brody R. Wight, Esq. (NV Bar No. 13615)
     TROUTMAN PEPPER HAMILTON SANDERS LLP
21   8985 S. Eastern Ave., Ste. 200
     Las Vegas, NV 89123 *(Nevada Office)*
22   600 Peachtree St. NE #3000
     Atlanta, GA 30308 *(Corporate Office)*
23   (470) 832-5586
     (404) 962-6800
24   Email: brody.wight@troutman.com

25   *Counsel for Defendant PHH Mortgage Corporation*